Eugene H. MATHISON, Appellant,

v.

Carol TWEDT; Steve Reecy; Al Penning; Charlotte Heroux; Dan Elston; Three Unknown Named Medical Personnel of Minnehaha County Jail, South Dakota; Five Unknown Officers of Minnehaha County Jail, South Dakota, Appellees.

No. 01–2955.

United States Court of Appeals, Eighth Circuit.

Submitted Feb. 1, 2002.

Decided Feb. 4, 2002.

Before HANSEN,[1] Chief Judge, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Inmate Eugene Mathison appeals the district court's[2] dismissal of his action asserting 42 U.S.C. § 1983 claims arising out of his stay in the Minnehaha County Jail, and the court's denial of his motions for recusal. Having carefully reviewed the record, we conclude that the action was properly dismissed and the motions properly denied. Accordingly, we affirm the

judgment of the district court. *See* 8th Cir. R. 47B.

---

1. The Honorable David R. Hansen became Chief Judge of the United States Court of Appeals for the Eighth Circuit on February 1, 2002.

2. The Honorable John Bailey Jones, United States District Judge for the District of South Dakota.